SOL BARISH, Appellant, v. EDBRO REALTY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

CITIZENS SAVINGS BANK, Respondent, v. JACOB SILVERSTEIN and Others, Defendants, Impleaded with MAX SILVERSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

CITIZENS SAVINGS BANK, Respondent, v. MARYANOV REALTY CO., INC., and Others, Defendants, Impleaded with MAX SILVERSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

RITA ANN OPPENHEIMER, Respondent, v. EMIL MILTENBERG and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Arbitration of PAGE MANUFACTURING COMPANY and Another, Respondents, and ROSE SILK MILLS, INC., Appellant.— Judgment affirmed, with costs, and appeal from order entered February 9, 1934, dismissed. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

HAZEL L. DREYFUS, Respondent, v. MORTIMER W. DREYFUS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of SAMUEL ROSE for Reinstatement at the Bar of the State of New York.— Motion denied. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.